Nancy GARDNER–COOK, Petitioner–Appellant,

v.

### SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.

No. 04–5001.

United States Court of Appeals, Federal Circuit.

May 11, 2004.

Daniel H. Shertzer, Sr., Principal Attorney, Lancaster, PA, for Petitioner–Appellant.

Michael P. Milmoe, Principal Attorney, Washington, DC, for Respondent–Appellee.

Before LOURIE, LINN, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

AFFIRMED. *See* Fed. Cir. R.36